Thomás McCraith, *Respondent*, *v.* The National Mohawk Valley Bank, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Smith, P. J.

John M. French, Jr., *Appellant*, *v.* Daniel W. Powers, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinions by Smith, P. J., and Hardin, J.; Barker, J., dissenting.

Stephen B. Frost and others, *Respondents*, *v.* Leonard H. Earle and others, *Appellants.* — Judgment affirmed, with costs. Opinion by Hardin, J.

In the Matter of the Petition of Hezekiah Allen for Leave to Resign his Trust, etc. — Motion denied. Mem. by Smith, P. J.

Martin S. Cuykendall *v.* Amos Douglass. — Motion for reargument denied. — Mem. by Hardin, J.

The National Exchange Bank of Auburn, *Plaintiff*, *v.* Henry Ogden, *Defendant, Impleaded, etc.* — New trial ordered, costs to abide event. Opinion by Barker, J.

Garry R. Brinkerhoff, *Appellant*, *v.* Lydia P. Vinton, *Respondent.* — Order and judgment appealed from affirmed, with costs of appeal. Opinion by Barker, J.

Henry W. Smith, *Respondent*, *v.* Benjamin F. Trimmer, *Appellant.* — Judgment and orders affirmed. Opinion by Barker, J.

William O. Leland and another, *Respondents*, *v.* Jacob Marshall, *Appellant.* — Judgment of the County Court and that of the justice reversed. Opinion by Barker, J.

Christopher Delaney, *Respondent*, *v.* The Rome, Watertown and Ogdensburgh Railroad Company, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Barker, J.

Charles S. Millington, *Respondent*, *v.* Welthy T. Dorn, *Appellant.* — Judgment affirmed, with costs. Opinion by Barker, J.

Robert T. McGeer, *Appellant*, *v.* Charles A. Kernan, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Barker, J.

The People of the State of New York, *Defendants in Error*, *v.* William H. Carncross and another, *Plaintiffs in Error.* — Judgment and conviction reversed and a new trial ordered in the Court of Sessions of Wayne county, to which court the proceedings are remitted. Opinion by Hardin, J.

Eureka Cast Steel Company, *Respondent*, *v.* Syracuse Chilled Plow Company, *Appellant.* — Judgment reversed and a new trial ordered before another referee, costs to abide event. Opinion by Barker, J.

Almira Baker, *Appellant*, *v.* John L. Baker, *Respondent.* — Judgment affirmed. Opinion by Barker, J.